## JAMES AND FRANCIS LASSELLE *versus* HENRY BERTHELET

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Rule to bring body *p. 442; (2) continued *p. 474; (3) death suggested, discontinued *p. 662.
PAPERS IN FILE: (1) Precipe for writ; (2) capias and return; (3) subpoena; (4) plea in abatement.
*Office Docket*, MS p. 22, c. 48; p. 39, c. 29.

## JOHN S. LANGHAM, ADMINISTRATOR, ETC., OF THOMAS STORROW, DECEASED, *versus* JOHN FINCH

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Rule to bring body *p. 442; (2) special bail *p. 446; (3) continued *p. 474; (4) declaration filed, rule to plead, continued *p. 479; (5) judgment confessed *p. 496.
PAPERS IN FILE: (1) Precipe for writ; (2) capias and return; (3) declaration; (4) promissory note; (5) ca. sa.
*Office Docket*, MS p. 23, c. 49; p. 39, c. 30; p. 60, c. 1.

## JAMES FRASER *versus* LOUIS LOGNON

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Rule to bring body *p. 442; (2) rule to plead, continued *p. 499; (3) death suggested, proceedings stayed *p. 661.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) precipe for subpoenas; (5–6) subpoenas; (7) subpoena duces tecum; (8–10) statements of accounts; (11) receipt for flour; (12) receipt.
*Office Docket*, MS p. 23, c. 50; p. 39, c. 31.